BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TONY SHOMAR LEWIS,<br><br>　　　　　Defendant. | No. CR 04-0076 WHA<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RESENTENCING DEFENDANT TONY SHOMAR LEWIS<br><br>Date:　　February 19, 2008<br>Time:　　2:00 p.m.<br>Court:　　The Honorable William H. Alsup |

## STIPULATION

The parties hereby agree and stipulate as follows:

1. Defendant Tony Shomar Lewis is a defendant eligible for a sentencing reduction under 18 U.S.C. § 3582(c), U.S.S.G. § 2D1.1(a)(3), (c) (2007); U.S.S.G. App. C., Amend. 706 (2007)("Amendment 706");

2. Under the Amendment, the parties agree that Mr. Lewis' Guideline range should now be calculated as an Offense Level 21, Criminal History Category IV;

3. The resulting range for the aforementioned Guidelines is 57-71 months;

4. The parties further stipulate that under 21 U.S.C. 841(b)(1)(B)(iii), Mr. Lewis is subject to a five year, or 60 month mandatory minimum sentence;

5. The parties further stipulate and agree that under the terms of the original Plea

|     |     |     |
| --- | --- | --- |
| 1   |     | Agreement, the parties agreed to request the Court to sentence Mr. Lewis at the low end |
| 2   |     | of the applicable range; |
| 3   | 6.  | Pursuant to the terms of that Plea Agreement, the parties now stipulate and request the |
| 4   |     | Court to reduce Mr. Lewis' sentence to 60 months imprisonment, pursuant to the |
| 5   |     | authority vested in the district court under 18 U.S.C. § 3582(c). The requested sentence |
| 6   |     | is in accord with the mandatory minimum sentence required in the case, which is higher |
| 7   |     | than the low end of Mr. Lewis' Guideline range of 57-71 months; |
| 8   | 7.  | As United States Probation Officer Robert Tenney confirmed for the Court at the |
| 9   |     | hearing on February 19, 2008, had Mr. Lewis originally received a sentence of 60 |
| 10  |     | months, the Bureau of Prisons would have considered that sentence completely |
| 11  |     | terminated as of January 29, 2008; |
| 12  | 8.  | Given that today is February 27, 2008, the parties agree that Mr. Lewis has now over- |
| 13  |     | served his sentence; |
| 14  | 9.  | To ensure that Mr. Lewis is released from custody in a timely manner, the parties |
| 15  |     | jointly stipulate and agree that under the aforementioned circumstances, the appropriate |
| 16  |     | sentence for Mr. Lewis as of March 3, 2008 is time served; |
| 17  | 10. | As such, the parties jointly move the Court to re-sentence Mr. Lewis to time served, |
| 18  |     | effective March 3, 2008; |
| 19  | 11. | As a part of this stipulation, the Court asked Mr. Lewis to find a job. Mr. Lewis has |
| 20  |     | found part time work at Ella Hill Hutch Gym working as a janitor on Saturdays and |
| 21  |     | Sundays. This work is part-time, but it is the only work that Mr. Lewis can find at the |
| 22  |     | present time. Mr. Lewis does have other job applications pending at the current time; |
| 23  | 12. | Counsel for Mr. Lewis, Ms. Falk, talked to AUSA Mazzuco about Mr. Lewis' |
| 24  |     | employment at Ella Hill Hutch. AUSA Mazzuco strongly believes, based upon his |
| 25  |     | training and experience addressing cases in the Western Addition location of San |
| 26  |     | Francisco, that Mr. Lewis should not be working, walking through, hanging out in, or |

driving through the Western Addition section of San Francisco. He believes strongly that this Court should add a condition to Mr. Lewis' supervised release reflecting a stay-away order from the Western Addition location of San Francisco, which the parties hereby stipulate includes the following borders; Fulton Street to the south, Geary Street to the North, Divisadero Street to the West, and Gough Street to the East;

13. Mr. Lewis has been informed by defense counsel about the prosecutor's request for a stay-away order in the Western Addition. Mr. Lewis is agreeable to the stay-away order, but he is concerned because he will have to quit his job, which was a part of this Court's requirement in order to sign this stipulation;

14. The parties hereby agree and ask the Court to find that the ends of justice, safety and ultimate rehabilitation of Mr. Lewis are better served by requiring him to stay away from his old neighborhood, rather than hold the job he recently obtained as a janitor at Ella Hill Hutch. The parties thus jointly request the Court to resentence Mr. Lewis to time served despite the fact that he may not be working as of March 3, 2008;

15. The parties further hereby stipulate and agree that Mr. Lewis' conditions of supervised release should be modified, and that a condition should be added requiring Mr. Lewis to stay away from the Western Addition section of San Francisco, the borders of which have been stated in Paragraph 12 of this stipulation;

16. AFPD Falk hereby confirms that she has discussed this proposed modification with Mr. Lewis, and that he has no objections to the proposed modification of the terms of his supervised release.

IT IS SO STIPULATED

DATED: 2-28-08

_Elizabeth M. Falk_
ELIZABETH M. FALK
Assistant Federal Public Defender

- 3 -

DATED:

THOMAS MAZZUCO
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the aforementioned representations of the parties, and for good cause shown, it is hereby ORDERED that Defendant Tony Shomar Lewis is hereby RESENTENCED to a period of custody of TIME SERVED as of March 3, 2008. It is further ORDERED that this sentence and order is effective as of March 3, 2008. It is further ORDERED that the supervised release conditions of Mr. Lewis are hereby MODIFIED as follows: the Court hereby ADDS a special condition of supervised release that defendant Tony Shomar Lewis shall stay away from, and not drive through, walk through, work in, loiter in, or otherwise be present in the Western Addition section of San Francisco, which is hereby delineated as follows: Fulton Street to the south, Geary Street to the North, Divisadero Street to the West, and Gough Street to the East.

DATED: February 28, 2008.

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE